**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 09-cr-00512-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JUVENTINO MARTINEZ-PEREZ,

       Defendant.

---

**MINUTE ORDER**

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that pursuant to Defendant's Notice of Disposition (Doc 15) filed January 13, 2010, the trial set **Monday, February 1, 2010 is VACATED**.

     This will further confirm that a change of plea and possible immediate sentencing regarding Defendant Martinez-Perez is set **February 10, 2010 at 11:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: January 21, 2010